ANDREA T. MARTINEZ, United States Attorney (#9313)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC #475353)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: jennifer.muyskens@usdoj.gov

FILED
2022 MAR 2 AM 11:51
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK CHRISTOPHER WRIGHT,<br><br>Defendant. | Case No. _____<br><br>FELONY<br>INFORMATION<br><br>Count 1:  Bank Fraud<br>          18 U.S.C. § 1344(2)<br><br>Judge_____ |

Case: 2:22−cr−00078
~~Assigned To~~ : Kimball, Dale A.
~~Assign. Date : 3/2/2022~~
Description: USA v Wright

The United States Attorney charges:

### Introduction

At all times relevant to this Information:

1.  Mortgage Lender A is a mortgage lending business, conducting business in Utah and elsewhere.

2.  The Defendant, MARK CHRISTOPHER WRIGHT ("WRIGHT"), was employed as a loan officer for Mortgage Lender A, working at a location in Utah.

3.  WRIGHT worked with a loan officer assistant at Mortgage Lender A, Patricia Esch.

4.  Loan officers and loan officer assistants work as a team to accomplish their work.

5.  In applying for a mortgage loan with Mortgage Lender A, an applicant is required to submit specific information about their financial status and assets.

6.  Loan officers, like WRIGHT, with assistance from a loan officer assistant, collected and compiled the necessary information and documents from loan applicants.  Thereafter, WRIGHT submitted the loan application, with accompanying documents, to Mortgage Lender A's underwriters for consideration.

7.  In deciding whether to issue the requested loan, Mortgage Lender A used and relied upon the information and documentation provided by mortgage loan applicants, as collected and compiled by WRIGHT and a loan officer assistant.

8.  In making their decision, Mortgage Lender A evaluated the applicant's financial information and assets, the source of information and documents, as well as other information and criteria it determined to be relevant for evaluating the risk Mortgage Lender A would bear if it decided to issue the loan, the terms upon which a loan may be issued, and the likelihood an applicant will be able to comply with loan terms.

9.  In deciding whether to issue a loan, Mortgage Lender A sometimes required the loan applicant to submit opinion letters and/or profit and loss statements submitted by a Certified Public Account (CPA) employed by the applicant or business for whom the applicant worked.

10. As a loan officer for Mortgage Lender A, WRIGHT was familiar with the information and documentation Mortgage Lender A required and considered before approving the issuance of the mortgage loan.

11. Mortgage Lender A paid its loan officers and loan officer assistants a commission on each loan it approved and issued.

12. Around August of 2018, H.L. contacted Mortgage Lender A to apply for a mortgage loan for approximately $412,000.00.

13. WRIGHT and his loan officer assistant assisted H.L. in compiling and submitting the necessary information and documentation for H.L.'s loan application.

14. S.M.T. is a C.P.A. in Utah.  H.L. used S.M.T. for preparing and filing tax forms. S.M.T. does not typically provide CPA opinion letters to his clients.

## <u>COUNT 1</u>
18 U.S.C. § 1344(2)
(Bank Fraud)

15. Beginning on a date unknown, but not later than on or about August 28, 2018, and continuing through on or about September 7, 2018, in the District of Utah,

MARK CHRISTOPHER WRIGHT,

the defendant herein, did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of Mortgage Lender A, a mortgage lending business and financial institution as defined by 18 U.S.C. § 20, by means of false and fraudulent pretenses, representations, and promises; and aided, abetted, induced, and procured the same; all in violation of 18 U.S.C. §§ 2 and 1344:

//

//

| Count | On or About | Financial Institution | Fraudulent Document Created & Submitted |
|---|---|---|---|
| 1 | 8/28/18 through 9/7/18 | Mortgage Lender A | Opinion Letter, falsely represented as being issued and signed by a C.P.A. |

**Manner and Means**

The manner and means used by the defendant to accomplish the bank fraud, or to aid and abet the same, included, among other things:

16. When certain loan applicants were self-employed, owned their own business, or otherwise did not have sufficient documentation of income, source of a down payment, employment, financial assets, or access to capital, WRIGHT, at times with the help of an assistant, would create opinion letters, profit and loss statements, and Verification of Employment forms, forging the signature of a local CPA.

17. WRIGHT intended these letters, statements, or forms, with false CPA letterhead, titles, and/or signatures, to satisfy Mortgage Lender A's criteria for issuing a loan, knowing Mortgage Lender A would rely on this information, and the false representation that the information was being provided by a CPA, in making its decision whether to approve the loan.

18. In August 2018, when collecting and compiling the necessary information and documentation for H.L.'s loan application, WRIGHT contacted H.L.'s CPA, S.M.T., to request information, including past tax filings.

19. WRIGHT did not request a signed opinion letter from S.M.T. on behalf of H.L.

4

20. WRIGHT created, or directed an assistant to create, an opinion letter related to H.L.'s employment, intending it to appear to be from and signed by S.M.T., using what would appear to be S.M.T.'s letterhead, representing the signor as a certified public accountant, with a forged signature.

21. On or about August 28, 2018, WRIGHT, knowing the opinion letter falsely and fraudulently represented itself as being from and signed by S.M.T., submitted the document with H.L.'s loan application to Mortgage Lender A's underwriter.

22. After reviewing the information and documentation in H.L.'s loan application, on or about September 7, 2018, Mortgage Lender A approved H.L.'s application for a mortgage loan.

23. Mortgage Lender A paid WRIGHT and WRIGHT's assistant a commission for their role in compiling and submitting the loan application of H.L.

Dated this 2nd day of March, 2022.

ANDREA T. MARTINEZ
United States Attorney

 */s/ Jennifer K. Muyskens*
JENNIFER K. MUYSKENS
Assistant United States Attorney